# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (RICHMOND DIVISION)

| | |
|---|---|
| CHEMTREAT, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Civil No.: 3:19-cv-00063 |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. B0509FINPS1700245, | ) |
| Defendants. | ) |

## CHEMTREAT, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed. R. Civ. P., ChemTreat, Inc. moves for summary judgment, to which it is entitled as a matter of law, on the grounds that: (1) Insuring Agreement I.A. in Policy No. B0509FINPS1700245 (the "Policy") covers claims arising out of the *Windsor* Action; (2) Underwriters wrongfully denied coverage by relying on three Policy exclusions, none of which exclude coverage under the undisputed material facts in this case; and (3) regardless of whether there was a duty to indemnify, Underwriters had a duty to defend ChemTreat in the underlying *Windsor* Action, but did not, as a result of which ChemTreat is therefore entitled to damages in an amount ChemTreat will prove at trial.

ChemTreat sets for the bases for its motion for summary judgment in more detail in the accompanying memorandum of law.

Dated: September 23, 2019	Respectfully submitted,

<u>/s/ Constantinos G. Panagopoulos</u>
Constantinos Panagopoulos
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: 202-661-2200
Facsimile: 202- 661-2299
cgp@ballardspahr.com

and

Andrew J. Petrie
BALLARD SPAHR LLP
1225 Seventeenth Street – Suite 2300
Denver, Colorado 80202-5596
Telephone: 303-292-2400
Facsimile: 303-296-3956
petriea@ballardspahr.com

*Attorneys for Plaintiff ChemTreat, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September 2019, I have filed electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Leland H. Jones IV
WILEY REIN LLP
1776 K Street N.W.
Washington, D.C.  20006

*Counsel for Defendant*

        */s/ Constantinos G. Panagopoulos*
        Constantinos Panagopoulos
        BALLARD SPAHR LLP
        1909 K Street, NW – 12th Floor
        Washington, DC  20006-1157
        Telephone:  202-661-2200
        Facsimile:  202- 661-2299
        cgp@ballardspahr.com